UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 12 1999
Michael N. Milby, Clerk

GUADALUPE I. MORAN

VS.                                    CIVIL NO.   B-99-007

JORGE ALBERTO GONZALEZ
AND U. S. BORDER PATROL

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Guadalupe I. Moran, hereinafter called Plaintiff, complaining of and about Jorge Alberto Gonzalez and U. S. Border Patrol, hereinafter called Defendants; and for cause of action would show unto the Court the following:

### JURISDICTION AND VENUE
### I.

This court has jurisdiction and venue is proper in The United States District Court, Souther District of Texas, Brownsville Division because the incident the subject of this suit occurred in Cameron County, Texas and a named defendant is an Agency/Department of the United States Government.

### PARTIES AND SERVICE
### II.

1. Plaintiff, Guadalupe I. Moran, brings this action individually. Plaintiff resides in Cameron County, Texas.

2. Defendant, Jorge Alberto Gonzalez, is an individual residing in Cameron County, Texas, and may be served with citation at P. O. Box 1067, Rio Hondo, Texas 78583.

3. Defendant, U. S. Border Patrol, is an agency and/or department of the United States Government which may be served with citation at its principal place of business at 7701 N. Stemmons Freeway, 8th Floor, Dallas, Texas 75247.

## FACTS
### III.

On or about January 26, 1998, Guadalupe I. Moran was operating a motor vehicle, in Cameron County, Texas, in a reasonable and prudent manner, exercising ordinary care for her safety, and the safety of others when Plaintiff was involved in a collision with a 1997 Ford Expedition, which was operated by Defendant, Jorge Alberto Gonzalez and owned by Defendant U. S. Border Patrol. The collision, was proximately caused by Defendants' negligence. The resulting collision with Plaintiff's motor vehicle resulted in substantial physical injuries to Plaintiff's person and extensive damage to Plaintiff's property.

## NEGLIGENCE
### IV.

The collision and Plaintiff's injuries suffered by reason thereof were proximately caused by Defendants Jorge Alberto Gonzalez and U. S. Border Patrol's negligence, carelessness and reckless disregard of duty which consisted of, but is not limited to the following acts and omissions:

1. In that Defendants failed to keep a proper lookout for the Plaintiff's safety that would have been maintained by a person under the same or similar circumstances;

2. In that Defendants failed to apply his brakes in a timely and prudent manner and/or whooly failed to apply his brakes;

3. In that Defendants was driving at a rate of speed which was greater than that which an ordinarily prudent driver would have driven under the same or similar circumstances;

4. In that Defendants failed to turn his vehicle to the right in an attempt to avoid this collision;

5. In that Defendants operated his vehicle in Plaintiff's lane of traffic and failed to give Plaintiff at least one-half of the roadway; and

6. In that Defendants failed to keep such distance away from Plaintiff's motor vehicle as a person using ordinary prudent care would have done.

Each of the aforementioned negligent acts or omissions of Defendant Jorge Alberto Gonzalez and U. S. Border Patrol constituted a proximate cause of the collision and of the resulting damages and injuries to Plaintiff and Plaintiff's property. At the time of the occurrence in question and immediately prior thereto, Defendant Jorge Alberto Gonzalez was operating said vehicle within the course and scope of his agency and/or employment for Defendant U. S. Border Patrol. Plaintiff therefor invoke the doctrine of **Respondeat Superior.**

**DAMAGES FOR PLAINTIFF, GUADALUPE I MORAN**
**V.**

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Guadalupe I. Moran was caused to suffer serious injuries.

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Guadalupe I. Moran has incurred the following damages:

1. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

3. Physical pain and suffering in the past;

4. Physical pain and suffering in the future;

5. Property damages in the amount of $5,007.24.

By reason of all of the above, Plaintiff has suffered losses and damages in a sum within

the jurisdictional limits of the Court and for which this lawsuit is brought.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Guadalupe I. Moran respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest a t the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF
RICHARD J. W. NUNEZ, L.L.P.C.
144 E. Price Road
Brownsville, Texas 78521
956/541-8502 (Tel)
956/541-8623 (Fax)

By:_____
  RICHARD J. W. NUNEZ
  State Bar No. 15134600

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**