AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JAN 27 2000

Michael N. Milby
Clerk of Court

*Luis Antonio Garces-Soto*

**SUMMONS IN A CIVIL ACTION**

V.

E.M. Trominski, INS District Director

CASE NUMBER:

B-00-007

TO: (Name and Address of Defendant)

Hon. Janet Reno, United States Attorney General
950 Pennsylvania Ave. N.W., Suite 5111
Washington, D.C. 20530-0001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N Milby, Clerk

CLERK

BY DEPUTY CLERK

DATE  1-10-00

AO 440 (Rev. 1/90) Summons in a Civil Action

B-00-007-

# RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED
JAN 27 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/14/00 |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Atty |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert. mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/24/00
          Date

Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
US Attorney
PO Box 61129
Houston TX 77208

4a. Article Number
P 318 343 795

4b. Service Type
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X _____

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt

---

who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.