# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 07 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUIS ANTONIO GARCES-SOTO )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, )<br>INS DISTRICT DIRECTOR, )<br>)<br>Respondent. )<br>_____) | C.A. No. B-00-007 |

## UNOPPOSED MOTION TO HOLD IN ABEYANCE

This case is similar to a number of cases raising related issues concerning the 1996 amendments to the Immigration and Nationality Act. The jurisdictional and other issues raised here are identical or similar to those recently addressed by this Court in <u>Cantu-Salinas v. Trominski</u>, No. CA B-97-183 (S.D. Tex. Order, Aug. 26, 1998), and in related cases. The Department of Justice has appealed the decisions in those cases to the Fifth Circuit Court of Appeals. Resolution of those cases on appeal likely would be controlling of several issues presented in this case.

Therefore, the parties respectfully submit that proceedings in this case should be held in abeyance pending the appeal of Cantu-Salinas and related cases.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
CHERI L. JONES
Special Assistant U.S. Attorneys
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051

Dated: February 2, 2000

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel agrees not to oppose the Motion.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

> Lisa S. Brodyaga, Esq.
> 402 E. Harrison, 2d Floor
> Harlingen, TX  78550
> (956) 421-3226

on this the 2nd day of February, 2000.

                              _____
                              LISA M. PUTNAM
                              Special Assistant United States Attorney