/0

United States District Court
Southern District of Texas
ENTERED

JUN 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS ANTONIO GARCES-SOTO, ) Petitioner, ) ) v. ) E.M. TROMINSKI, INS ) DISTRICT DIRECTOR, et al. ) Respondents. ) | Civil Action No. B-00-007 |

### ORDER GRANTING

### UNOPPOSED MOTION TO CONTINUE TO HOLD THE INSTANT CASE IN ABEYANCE, PENDING DECISIONS BY THE SUPREME COURT IN *ST. CYR v. INS*, No. 00-767 *AND CALCANO-MARTINEZ v. INS*, No. 00-1011, AND BY THE FIFTH CIRCUIT COURT OF APPEALS IN *CURIEL-SANCHEZ v. TROMINSKI*, No. 00-41239

Upon consideration of the unopposed motion to continue to hold the instant case in abeyance pending resolution of two cases currently before the Supreme Court (*St. Cyr v. INS*, No. 00-767 and *Calcano-Martinez v. INS*, No. 00-1011) and **Curiel-Sanchez v. Trominski,** No. 00-41239, pending before the Fifth Circuit, and good cause appearing therefore;

IT IS HEREBY ORDERED that said motion be, and the same hereby is GRANTED; and

IT IS FURTHER ORDERED that Petitioner shall have until 45 days following the issuance of a dispositive order in the last of the three above-cited cases to be resolved in which to file any amended pleadings herein, and that Respondents shall have 60 days thereafter in which to file responsive pleadings herein.

Done this  15th  day of  June , 2001, in Brownsville, Texas.

_____
PRESIDING JUDGE