11

United States District Court
Southern District of Texas
FILED

JUN 2 7 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUIS ANTONIO GARCES-SOTO,                )    CA No. B-00-007
v.                                        )
E.M. TROMINSKI, et al                     )
_____)

PETITIONER'S ADVISAL OF CONTROLLING DECISION BY
THE SUPREME COURT, IN *INS v. ST. CYR*, No. 00-767

Comes Petitioner, by and through the undersigned, and respectfully advises this Honorable Court of the decision of the United States Supreme Court in *St. Cyr v. INS,* No. 00-767, 2001 WL 703922 (June 25, 2001). Said case held that a lawful permanent resident who, prior to the enactment of the Antiterrorism and Effective Death Penalty Act, (AEDPA), pleaded guilty to an offense covered by §440(d) of AEDPA, remains eligible for §212(c) relief. This is the precise issue presented herein, and, it is respectfully urged that the case at bar is controlled by this decision.

The Petitioner in *Curiel-Sanchez v. Trominski,* No. 00-41239 (5th Cir.), has also sent in a Rule 28(j) letter to the Court regarding the *St. Cyr* decision, and it is anticipated that said case will be resolved in the not-too-distant future.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78587
(956) 421-3226

(956) 421-3423 (fax)
Fed. ID:  1179
Texas State Bar:  03052800


## CERTIFICATE OF SERVICE

I certify that copy of the foregoing was personally delivered to the Office of Lisa Putnam, SAUSA, 1709 Zoy St., Harlingen, Texas, this 26th day of June, 2001.

_____

2

ClibPDF - www.fastio.com